422 A.2d 689

Wilson and Duffy, Admnx. Est. of Wilson, Dec'd., v. McCarthy, Appellant, v. Cumberland Co. Natl. Bank.

Argued March 12, 1979.   John J. Krafsig, Jr., for appellant;   David C. Eaton, for appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

Order affirmed.

422 A.2d 690

Miller, Appellant, v. Miller.

Submitted March 12, 1979.   Allen H. Smith, for appellant;   Glen Vaughn, for appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

While a stay relating to the question of counsel fees was entered by another judge of the Court of Common Pleas of York county, to whom this case was not assigned, we think it inappropriate to delay this matter any further merely because of that stay.  Since this appeal is based solely upon appellee's failure to pay such fees, we affirm the decree and remand for further proceedings limited to the issue of payment of counsel fees.